# EXHIBIT B

James M. Njus*‡*  
Neil M. Meyer^  
Marshall H. Tanick*×  
Steven A. Linder*•#  
Stephen M. Harris*  
Diane T. Nauer‡^  

*Admitted in Minnesota  
^Admitted in Michigan  
‡Admitted in Illinois  
•Admitted in Wisconsin  
^Admitted in Indiana  
#Admitted in Iowa  
×Admitted in California  

**MEYER NJUS TANICK, PA**  
ATTORNEYS AT LAW  
330 2ND AVENUE SOUTH  
SUITE 350  
MINNEAPOLIS, MINNESOTA  
55401  
(866) 520-4437  
Fax (612) 630-3213  
http://meyernjus.com/collections/  

Jennine L. Hill*  
Kara L. Harms^  
Matthew J. Tudych•  
R. Ryan Scarfone‡  
David M. Robbins*  
Ella K. Civelli‡  
Teresa J. Ayling*•  

Offices also located in:  
Chicago, Illinois  
Southfield, Michigan  
Milwaukee, Wisconsin  

May 9, 2018

Gustav Buchholz  
17512 N Fruitport Rd  
Spring Lake, MI  49456-1878

Re:  Creditor: Synchrony Bank  
     Sam's Club®PersonalCredit Account #*************5854  
     Amount of Debt:  $3,073.23

Dear Gustav Buchholz:

This law firm has been retained to collect the above-referenced debt. This communication is from a debt collector. This is an attempt to collect a debt and any information obtained will be used for that purpose.

Unless you notify this firm within 30 days after receiving this notice that you dispute the validity of this debt or any portion thereof, this firm will assume the debt to be valid. If you notify this firm in writing within 30 days after receiving this notice that you dispute the debt, or any portion thereof, this firm will obtain verification of the debt or obtain a copy of a judgment and mail you a copy of such verification or judgment. Additionally, upon your written request within 30 days after receiving this notice, this firm will provide you with the name and address of the original creditor, if different from the current creditor.

If you would like to make a payment on this debt, please call our firm at 1-866-520-4437 to make your payment over the telephone, or mail your payment to our address listed above. If you are mailing a payment to our office, please put file number 201804602 on your check.

Very truly yours,

MEYER NJUS TANICK, PA

Kara L. Harms  
klh/psy  
File No. 201804602



*201804602-987-1-47*