# EXHIBIT C

| Approved, SCAO | | Original - Court / 1st copy - Defendant | 2nd copy - Plaintiff / 3rd copy - Return |
|---|---|---|---|
| STATE OF MICHIGAN<br>JUDICIAL DISTRICT<br>JUDICIAL CIRCUIT<br>52/1   COUNTY PROBATE | SUMMONS AND COMPLAINT<br>SECOND | CASE NO.<br>17 C01872 GC | |

Court address: 48150 Grand River Ave., Novi MI 48374

Court telephone no.: (248) 305-6080

**Plaintiff's name(s), address(es), and telephone no(s).**
Synchrony Bank

This case assigned to JUDGE ROBERT [illegible]

v

**Defendant's name(s), address(es), and telephone no(s).**
Joseph Leahy
23940 Meadowcreek Cir E
South Lyon, MI  48178-1936

23940 Meadowcreek Cir E
South Lyon, MI  48178-1936
(Jointly and Severally)

**Plaintiff's attorney, bar no., address, and telephone no.**
Kara L. Harms, P72957
MEYER & NJUS, P.A.
200 South Sixth Street, Suite 1100
Minneapolis, MN 55402
(800) 576-0570

---

**SUMMONS** | **NOTICE TO THE DEFENDANT:** In the name of the people of the State of Michigan you are notified:
1. You are being sued.
2. YOU HAVE 21 DAYS after receiving this summons to file a written answer with the court and serve a copy on the other party or take other lawful action with the court (28 days if you were served by mail or you were served outside this state). (MCR 2.111[C])
3. If you do not answer or take other action within the time allowed, judgment may be entered against you for the relief demanded in the complaint.

| Issued | This summons expires | Court clerk |
|---|---|---|
| 6-27-2017 | 9-26-2017 | Alexandra Black |

*This summons is invalid unless served on or before its expiration date. This document must be sealed by the seal of the court.

**COMPLAINT** | Instruction: The following is information that is required to be in the caption of every complaint and is to be completed by the plaintiff. Actual allegations and the claim for relief must be stated on additional complaint pages and attached to this form.

☐ This is a business case in which all or part of the action includes a business or commercial dispute under MCL 600.8035.

**Family Division Cases**
☐ There is no other pending or resolved action within the jurisdiction of the family division of circuit court involving the family or family members of the parties.
☐ An action within the jurisdiction of the family division of the circuit court involving the family or family members of the parties has been previously filed in _____ Court.
The action  ☐ remains   ☐ is no longer   pending. The docket number and the judge assigned to the action are:

| cket no. | Judge | Bar no. |
|---|---|---|

**General Civil Cases**
☒ There is no other pending or resolved civil action arising out of the same transaction or occurrence as alleged in the complaint.
☐ A civil action between these parties or other parties arising out of the transaction or occurrence alleged in the complaint has been previously filed in _____ Court.
The action  ☐ remains   ☐ is no longer   pending. The docket number and the judge assigned to the action are:

| Docket no. | Judge | Bar no. |
|---|---|---|
| AS ABOVE | AS ABOVE | |

**VENUE**

| Plaintiff(s) residence (include city, township, or village) | Defendant(s) residence (include city, township, or village) |
|---|---|
| | JUN 23 2017 |

Place where action arose or business conducted: South Lyon

Date: June 20, 2017    Our File No. 201817506    Signature of attorney/plaintiff

(902)

If you require special accommodations to use the court because of a disability or if you require a foreign language interpreter to help you fully participate in court proceedings, please contact the court immediately to make arrangements.

MC 01 (5/15)  SUMMONS AND COMPLAINT  MCR 2.102(B)(11), MCR 2.104, MCR 2.105, MCR 2.107, MCR 2.113(C)(2)(a), (b), MCR 3.206(A)

DEFENDANT

| | | |
|---|---|---|
| To re-order this form, call (517) 337-1211<br>Target Information Management, Inc. | Original - Court<br>1st copy - Defendant | 2nd copy - Plaintiff<br>3rd copy - Return |
| **STATE OF MICHIGAN**<br>JUDICIAL DISTRICT<br>52/1 JUDICIAL CIRCUIT | **SUMMONS AND COMPLAINT**<br>Page 2 of 2 Pages | **CASE NO.**<br>GC |

Court address: 48150 Grand River Ave., Novi MI 48374
Joseph Leahy
Court telephone no. (248) 305-6060

**COMPLAINT**

1. Synchrony Bank is the issuing bank and holder of the credit card(s) issued to Defendant(s), account(s) Synchrony Fin Sport ************4149, pursuant to (an) open-ended credit account agreement(s) which has/have been delivered to and is/are in the possession of Defendant(s). On June 2, 2014, GE Capital Retail Bank changed its name to Synchrony Bank.

2. Defendant(s) used said account(s) to purchase goods and/or services and was/were billed on a monthly basis by Plaintiff.

3. Defendant(s) has/have failed, refused and/or neglected to pay the full monthly payment when due and is/are therefore in default.

4. The amount due Plaintiff over and above all legal counterclaims and setoffs is $5,243.22, all of which more fully appears in the account billing statement attached hereto as Exhibit A and by this reference made a part hereof.

FOR THESE REASONS Plaintiff requests judgment against Defendant (s, jointly and severally) for $5,243.22, together with costs and reasonable attorney's fees.

MEYER & NJUS, P.A.

Kara L. Harms, P72957

Our File No: 201617608

THIS COMMUNICATION IS FROM A DEBT COLLECTOR

MC 01a (3/85) **SUMMONS AND COMPLAINT**

PLAINTIFF

**STATE OF MICHIGAN**
JUDICIAL DISTRICT
JUDICIAL CIRCUIT
COUNTY PROBATE

**SUMMONS AND COMPLAINT**

CASE NO. 17-18-1156
JDG P. JEFFERSON

Court address: Detroit, MI 48226
Court telephone no.: (313) 965-6098

**Plaintiff:** Synchrony Bank

v.

**Defendant:**
Thomas Ross
7431 Scout St.
Detroit, MI 48228-4634

7431 Scout St.
Detroit, MI 48228-4634
(Jointly and Severally)

**SUMMONS — NOTICE TO THE DEFENDANT:** In the name of the people of the State of Michigan you are notified:
1. You are being sued.
2. YOU HAVE 21 DAYS after receiving this summons to file a written answer with the court and serve a copy on the other party or take other lawful action with the court (28 days if you were served by mail or you were served outside this state).
3. If you do not answer or take other action within the time allowed, judgment may be entered against you for the relief demanded in the complaint.

Issued: 12/12/17  Expires: 03/13/18

**Family Division Cases**
- This case involves a minor who is under the continuing jurisdiction of another Michigan court. The name of the court, file number and details are on page ___ of the attached complaint.
- There is no other pending or resolved action within the jurisdiction of the family division of circuit court involving the family or family members of the parties.
- An action within the jurisdiction of the family division of the circuit court involving the family or family members of the parties has been previously filed in ___ Court. The action ☐ remains ☐ is no longer pending. The docket number and the judge assigned to the action are:

**Civil Cases** (The following is information required in the caption of every complaint and is to be completed by the plaintiff.)
- This is a business case in which all or part of the action includes a business or commercial dispute under MCL 600.8035.
- ☒ There is no other pending or resolved civil action arising out of the same transaction or occurrence as alleged in the complaint.
- A civil action between these parties or other parties arising out of the transaction or occurrence alleged in the complaint has been previously filed in ___ Court. The action ☐ remains ☐ is no longer pending. The docket number and the judge assigned to the action are:

**VENUE**
Plaintiff(s) residence: AS ABOVE
Defendant(s) residence: AS ABOVE
Place where action arose or business conducted: Detroit

If you require special accommodations to use the court because of a disability or if you require a foreign language interpreter to help you fully participate in court proceedings, please contact the court immediately to make arrangements.

**SUMMONS AND COMPLAINT**

| | Original - Court | 2nd copy - Plaintiff |
|---|---|---|
| | 1st copy - Defendant | 3rd copy - Return |

| STATE OF MICHIGAN | SUMMONS AND COMPLAINT | CASE NO. |
|---|---|---|
| JUDICIAL DISTRICT | Page 2 of 2 Pages | |
| JUDICIAL CIRCUIT | | |

Court address: ... Detroit, MI 48226     Court telephone no. (313) 965-6092

## COMPLAINT

1. ... Bank is the issuing bank and holder of the credit card issued to Defendant(s). Account(s) Walmart Credit Card xxxxxxxxxxxx2749, pursuant to (an) open-ended credit account agreement(s) which has/have been delivered to and is/are in the possession of Defendant(s). On June 2, 2014, GE Capital Retail Bank changed its name to Synchrony Bank.

2. Defendant(s) has/have used said account(s) to purchase goods and/or services and was/were billed on a monthly basis by Plaintiff.

3. Defendant(s) has/have failed, refused, and/or neglected to pay the full monthly payment when due and is/are therefore in default.

4. The amount due Plaintiff over and above all legal counterclaims and setoffs is $2,093.50, all of which more fully appears on the account billing statement attached hereto as Exhibit A and by this reference made a part hereof.

FOR THESE REASONS Plaintiff requests judgment against Defendant(s) ... and severally, for $2,093.50, ... together with costs and reasonable attorney's fees.

MEYER & NJUS, P.A.

/s/ Lois Harms

Lois Harms P72997

Our File No. 201714668

THIS COMMUNICATION IS FROM A DEBT COLLECTOR

NC-01 (1/06) SUMMONS AND COMPLAINT