**United States District Court for the** Western

**District of** Michigan-Southern Div

GUSTAV J. BUCHHOLZ

Plaintiff,

vs.

Case No. 1:18-cv-00607

MEYER NJUS TANICK, PA

Defendant.

# NOTICE OF APPEAL

Notice is hereby given that Plaintiff, Gustav J. Buchholz,
*Name all parties taking the appeal*

hereby appeal to the United States Court of Appeals for the Sixth Circuit from

the Order [ECF No. 19] granting Defendant's Motion [ECF No. 13] to Dismiss
*The final judgment, from an order describing it*

entered in this action on the  27th  day of  September , 2018 .

(s) Nathan C. Volheim

Address: Sulaiman Law Group, Ltd.

2500 So Highland Ave, Ste 200

Lombard, Illinois 60148

Attorney for Plaintiff, Gustav J. Buchholz

**Note to inmate filers:** If you are an inmate confined in an institution and you seek the timing benefit of Fed. R. App. P. 4(c)(1), complete Form 7 (Declaration of Inmate Filing) and file that declaration along with this Notice of Appeal.

cc:  Opposing Counsel ✓
     Court of Appeals ☐

6CA-3
11/16